### Dave Jackson v. The State.

#### No 6397. Decided October 19, 1921.

#### Murder—Life-Imprisonment—Practice on Appeal.

Where, upon appeal from a conviction of murder, no fundamental error appeared, the judgment must be affirmed in the absence of a statement of facts and bill of exceptions.

Appeal 'from the Criminal District Court of Tarrant. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of murder, penalty life imprisonment in the penitentiary.

No brief on file for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

HAWKINS, Judge.—Appellant was convicted of murder, and punishment fixed at life imprisonment. . The record is before us without statement of facts or bill of exceptions. No fundamental ·error appearing, it is our duty to give full presumption to the fairness of the trial, and propriety of the judgment, even though the punishment be severe.

The judgment of the trial court is affirmed.

*Affirmed.*